FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

JAN 2 1 2015

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:15-00010 |
| | ) | |
| PABLO RODRIQUEZ | ) | 18 U.S.C. § 911 |
| | ) | 18 U.S.C. § 1542 |
| | ) | 18 U.S.C. § 1028(A)(1) |

INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1

On or about December 3, 2012, in the Middle District of Tennessee, **PABLO RODRIQUEZ**, a citizen of Honduras and therefore an alien in the United States, falsely and willfully represented himself to be a citizen of the United States.

In violation of Title 18, United States Code, Section 911.

COUNT 2

On or about December 3, 2012, in the Middle District of Tennessee, **PABLO RODRIQUEZ**, willfully and knowingly made false statements in an application for a United States passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant, **PABLO RODRIQUEZ**, knowingly provided false citizenship information, a false name, a false date of birth, a false place of birth, and a false social security number.

In violation of Title 18, United States Code, Section 1542.

## COUNT 3

On or about December 3, 2012, in the Middle District of Tennessee, during and in relation to a felony violation of Title 18, United States Code, Section 911 (relating to false impersonation of citizenship) and a felony violation of Title 18, United States Code, Section 1542 (relating to passports and visas), the defendant, **PABLO RODRIQUEZ**, knowingly possessed and used, without lawful authority, a means of identification of another person, knowing that the means of identification belonged to another person.

In violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL

_____
FOREPERSON

_____
DAVID RIVERA
UNITED STATES ATTORNEY

_____
STEPHANIE N. TOUSSAINT
ASSISTANT UNITED STATES ATTORNEY